**IT IS ORDERED as set forth below:**



**Date: October 20, 2017**

*Paul Baisier* (signature)

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In re: | | CASE NUMBER |
|---|---|---|
| **SHEARIN NKRUMAH HIGGS,** | | **14-66179-PMB** |
| Debtor. | | |
| | | Chapter 13 |

### ORDER GRANTING MOTION TO REOPEN

The Debtor in the above-referenced matter (the "Debtor") filed a *Motion to Reopen Case to File Personal Financial Management Course Certificate* (the "Motion") (Docket No. 55) on October 19, 2017, for the purposes of filing the required financial management course certificate. The case was closed without a discharge on October 11, 2017 for the Debtor's failure to provide a financial management course certificate. The Debtor filed her financial management course certificate on October 19, 2017 (Docket No. 56) and has tendered the filing fee for reopening her case (Docket No. 57). Upon consideration of the Motion and for cause shown, it is

**ORDERED** that the above-styled case be and it hereby is reopened to permit the Debtor to file a certificate and/or to allow for entry of the discharge and closing if otherwise appropriate.

It is further

**ORDERED** that if no further action is taken by the Debtor or any creditors within thirty (30) days of the entry of this Order, the Clerk shall be authorized to close this case in the usual manner.

The Clerk is directed to serve a copy of this Order on the Debtor, Debtor's Counsel, the Chapter 13 Trustee, the United States Trustee, and all creditors and parties in interest.

**[END OF DOCUMENT]**