**IT IS ORDERED as set forth below:**



Date: October 20, 2017

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **SHEARIN NKRUMAH HIGGS,** | | **14-66179-PMB** |
| Debtor. | | |
| | | Chapter 13 |

### ORDER GRANTING MOTION TO REOPEN

The Debtor in the above-referenced matter (the "Debtor") filed a *Motion to Reopen Case to File Personal Financial Management Course Certificate* (the "Motion") (Docket No. 55) on October 19, 2017, for the purposes of filing the required financial management course certificate. The case was closed without a discharge on October 11, 2017 for the Debtor's failure to provide a financial management course certificate. The Debtor filed her financial management course certificate on October 19, 2017 (Docket No. 56) and has tendered the filing fee for reopening her case (Docket No. 57). Upon consideration of the Motion and for cause shown, it is

**ORDERED** that the above-styled case be and it hereby is reopened to permit the Debtor to file a certificate and/or to allow for entry of the discharge and closing if otherwise appropriate.

It is further

**ORDERED** that if no further action is taken by the Debtor or any creditors within thirty (30) days of the entry of this Order, the Clerk shall be authorized to close this case in the usual manner.

The Clerk is directed to serve a copy of this Order on the Debtor, Debtor's Counsel, the Chapter 13 Trustee, the United States Trustee, and all creditors and parties in interest.

**[END OF DOCUMENT]**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 14-66179-pmb
Shearin Nkrumah Higgs                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: flanagan            Page 1 of 1            Date Rcvd: Oct 20, 2017
                              Form ID: pdf466           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
```
db             #+Shearin Nkrumah Higgs,    3196 Mt. Zion Rd. Apt. 3502,   Stockbridge, GA 30281-7843
18391671       +American Express,    Attn: Bankruptcy,    P.O. Box 26312,    Lehigh Valley, PA 18002-6312
18610963        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18391673       +BHG,    4875 Volunteer Road,    STE 100,    Fort Lauderdale, FL 33330-2118
18391672        Bank of America,    P.O. Box 982235,    Dallas, TX 75285-1001
18447495       +Bankers Healthcare Group,    201 Solar Street,    Syracuse NY 13204-1425
18708525       +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
18391674       +Family Support Registry,    P.O. Box 1800,    Carrollton, GA 30112-1800
18391676        Infiniti Financial Services,    Legal Dept/Bankruptcy,    P.O. 660360,    Dallas, TX 75266-0360
18406920        Infiniti Financial Services,    PO Box 660366 Dallas TX 75266-0366
18391678       #+Kenyette Barnes,    841 Commonwealth Avenue,    Atlanta, GA 30312-3662
18664206        Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
18457781       +Navient Solutions, Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
18391681       #+Wells Fargo,    P.O. Box 6412,    Carol Stream, IL 60197-6412
18457885       +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Oct 20 2017 21:27:29
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
18401425       +E-mail/Text: g17768@att.com Oct 20 2017 21:26:19      BellSouth Telecommunications, Inc.,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
18391675        E-mail/Text: brnotices@dor.ga.gov Oct 20 2017 21:27:18      Georgia Department of Revenue,
                 Accounts Receivable Collection Section,    1800 Century Blvd. NE,    Suite 9100,
                 Atlanta, GA 30345
18391677        E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 21:26:50      IRS,    401 W. Peachtree St., NW,
                 Stop #334-D,    Room 400,    Atlanta, GA 30308
18391679       +E-mail/PDF: pa_dc_claims@navient.com Oct 20 2017 21:30:21      Sallie Mae,    Attn: Bankruptcy,
                 P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
18391680       +E-mail/PDF: pa_dc_claims@navient.com Oct 20 2017 21:30:21      Sallie Mae,
                 Legal Dept/Bankruptcy,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
18394066       +E-mail/Text: usagan.bk@usdoj.gov Oct 20 2017 21:27:31      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
```
              E. L. Clark    on behalf of Debtor Shearin Nkrumah Higgs ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
                                                                                               TOTAL: 2
```