UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | Case No. 14-66179-PMB |
|---|---|
| SHEARIN NKRUMAH HIGGS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/19/2014.

2) The plan was confirmed on 03/13/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/10/2017.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,175.00.

10) Amount of unsecured claims discharged without payment: $33,795.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $67,407.69 |
| Less amount refunded to debtor | $1,697.70 |
| **NET RECEIPTS:** | **$65,709.99** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,421.75 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,371.75** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Express Centurion Bank | Unsecured | 1,620.00 | 1,313.26 | 1,313.26 | 1,313.26 | 0.00 |
| BANK OF AMERICA | Unsecured | 18,856.00 | NA | NA | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP | Unsecured | 50,000.00 | 34,901.87 | 34,901.87 | 34,901.87 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | NA | 160.17 | 160.17 | 160.17 | 0.00 |
| CERASTES, LLC | Unsecured | NA | 10,875.82 | 10,875.82 | 10,875.82 | 0.00 |
| FAMILY SUPPORT REGISTRY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 600.00 | 656.37 | 656.37 | 656.37 | 0.00 |
| Georgia Department of Revenue | Unsecured | 0.00 | 47.60 | 47.60 | 47.60 | 0.00 |
| Infiniti Financial Services | Secured | 13,500.00 | 12,732.66 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,176.00 | 12,066.06 | 12,066.06 | 8,675.97 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 1,707.18 | 1,707.18 | 1,707.18 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 83,772.00 | 69,036.57 | 69,036.57 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC. | Unsecured | 14,290.00 | 13,801.12 | 13,801.12 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 14,939.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | 4,801.00 | 4,024.40 | 4,024.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,722.43 | $9,332.34 | $0.00 |
| **TOTAL PRIORITY:** | **$12,722.43** | **$9,332.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$135,867.99** | **$49,005.90** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $7,371.75 | |
| Disbursements to Creditors | $58,338.24 | |
| **TOTAL DISBURSEMENTS:** | | **$65,709.99** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2017             By: /s/ Melissa J. Davey
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                              )          CASE NO. 14-66179-PMB
SHEARIN NKRUMAH HIGGS                  )
                                                        )
                                                        )
DEBTOR                                            )

## CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   SHEARIN NKRUMAH HIGGS
   3196 MT. ZION RD. APT. 3502
   STOCKBRIDGE, GA 30281


   CLARK & WASHINGTON, P.C.
   3300 NORTHEAST EXPRESSWAY
   BUILDING 3, SUITE A
   ATLANTA, GA 30341


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 10/23/2017

                                                                /S/
                                          Melissa J. Davey, Chapter 13 Trustee
                                          State Bar No. 206310
                                          Standing Chapter 13 Trustee
                                          260 PEACHTREE STREET N.W.
                                          SUITE 200
                                          Atlanta, GA 30303
                                          (678)510-1444
                                          trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**