**Information to identify the case:**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Shearin Nkrumah Higgs** | | | Social Security number or ITIN | xxx–xx–1786 |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Georgia**

Case number:   **14–66179–pmb**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Shearin Nkrumah Higgs
    aka Shearin Murphy Higgs, aka Shearin Nkrumah D
    Higgs

**IT IS FURTHER ORDERED THAT:**

Any employer of the debtor(s) against which a Chapter 13 Employee Deduction Order is in effect shall cease immediately withholding from the wages, salary, commissions, or other earnings or income of the debtor any monies on account of the Chapter 13 case.

The Attorney for the debtor(s) shall serve a copy of this order upon any employer of the debtor who is subject to an Employee Deduction Order.

    10/23/17                                                                 **By the court:**   *Paul Baisier*

                                                                                                              Paul Baisier
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankrutcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                              Case No. 14-66179-pmb
Shearin Nkrumah Higgs                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: rodriguez             Page 1 of 2              Date Rcvd: Oct 23, 2017
                              Form ID: 3180W              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             #+Shearin Nkrumah Higgs,    3196 Mt. Zion Rd. Apt. 3502,    Stockbridge, GA 30281-7843
18391673        +BHG,    4875 Volunteer Road,    STE 100,    Fort Lauderdale, FL 33330-2118
18447495        +Bankers Healthcare Group,    201 Solar Street,    Syracuse NY 13204-1425
18708525        +CERASTES, LLC,    C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
18391674        +Family Support Registry,    P.O. Box 1800,    Carrollton, GA 30112-1800
18406920         Infiniti Financial Services,    PO Box 660366 Dallas TX 75266-0366
18391676         Infiniti Financial Services,    Legal Dept/Bankruptcy,    P.O. 660360,    Dallas, TX 75266-0360
18391678       #+Kenyette Barnes,    841 Commonwealth Avenue,    Atlanta, GA 30312-3662
18664206         Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
18457781        +Navient Solutions, Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18391671        +EDI: AMEREXPR.COM Oct 23 2017 20:43:00      American Express,    Attn: Bankruptcy,
                  P.O. Box 26312,    Lehigh Valley, PA 18002-6312
18610963         EDI: BECKLEE.COM Oct 23 2017 20:43:00      American Express Centurion Bank,
                  c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18391672         EDI: BANKAMER.COM Oct 23 2017 20:43:00      Bank of America,    P.O. Box 982235,
                  Dallas, TX 75285-1001
18401425        +EDI: ATTWIREBK.COM Oct 23 2017 20:43:00      BellSouth Telecommunications, Inc.,
                  % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
18391675         EDI: GADEPTOFREV.COM Oct 23 2017 20:43:00      Georgia Department of Revenue,
                  Accounts Receivable Collection Section,    1800 Century Blvd. NE,    Suite 9100,
                  Atlanta, GA 30345
18391677         EDI: IRS.COM Oct 23 2017 20:43:00      IRS,   401 W. Peachtree St., NW,    Stop #334-D,
                  Room 400,    Atlanta, GA 30308
18391679        +EDI: NAVIENTFKASMSERV.COM Oct 23 2017 20:43:00      Sallie Mae,    Attn: Bankruptcy,
                  P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
18391680        +EDI: NAVIENTFKASMSERV.COM Oct 23 2017 20:43:00      Sallie Mae,    Legal Dept/Bankruptcy,
                  PO Box 9500,    Wilkes-Barre, PA 18773-9500
18394066        +E-mail/Text: usagan.bk@usdoj.gov Oct 23 2017 21:15:22      U. S. Attorney,
                  600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
18391681        +EDI: WFFC.COM Oct 23 2017 20:43:00      Wells Fargo,    P.O. Box 6412,
                  Carol Stream, IL 60197-6412
18457885        +EDI: WFFC.COM Oct 23 2017 20:43:00      Wells Fargo Bank  N A,
                  Wells Fargo Education Financial Services,    301 E 58th Street N,    Sioux Falls  SD 57104-0422
                                                                                               TOTAL: 11

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Shearin Nkrumah Higgs ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
```

```
District/off: 113E-9           User: rodriguez              Page 2 of 2             Date Rcvd: Oct 23, 2017
                               Form ID: 3180W               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 2